**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pedro Juan TORRES, Defendant–**
**Appellant.**

No. 08–16705
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 7, 2009.

Kathleen M. Williams, Miami, FL, Robin J. Farnsworth, Ft. Lauderdale, FL, for Defendant–Appellant.

Before CARNES, WILSON and COX, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Pedro Juan Torres in this appeal from the revocation of supervised release and sentence imposed upon revocation, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of supervised release and Torres's sentence are **AFFIRMED.**